IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY MOSLEY, et al                                                                PLAINTIFFS

vs.                          CASE NO. 3:04cv00077 JMM

VARTAN ALLAHVERDI, et al                                                        DEFENDANTS

ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for  90  days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions and/or counter claims are deemed moot.

Dated this 5th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE