**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BETTY MOSLEY and GREGORY HARVEY,**
**As Personal Representatives of the Estate of**                    **PLAINTIFFS**
**ANTOIN HARVEY, SR., Deceased,**

**v.**                                                              **NO.: 3:04 CV0077**

**VARTAN ALLAHVERDI, ART EXPRESS, INC.,**
**GILBERT CENTRAL CORPORATION,**                                    **D E F E N D A N T S**

### AMENDED O R D E R

Now before the Court is the Amended Motion for Approval of Settlement, Payment of Attorney's Fees and Reimbursement of Costs of separate plaintiffs Betty Mosley and Gregory Harvey, as Personal Representatives of the Estate of Antoin Harvey, Sr., Deceased.  Plaintiff Harvey, sole and surviving personal representative of the Estate of Antoin Harvey, Sr., on behalf of the Estate of Antoin Harvey, Sr., Deceased, and all those with a claim arising from the death of Antoin Harvey, Sr., has agreed with the defendants in this lawsuit to fully settle any and all claims for the total amount of $937,500, with $750,000 of that sum coming from defendant Gilbert Central Corporation and $187,500 from the other defendants.

Upon the matters presented, the Court finds that the settlement is in the best interests of the estate and the wrongful death beneficiaries.  The settlement is, therefore, approved and plaintiff Harvey is authorized to complete this settlement on behalf of the Estate of Antoin Harvey, Sr., Deceased, and any persons who are entitled as beneficiaries of the Estate of Antoin Harvey, Sr., Deceased, to assert any claims in the wrongful death

action filed herein, by executing any and all necessary releases and other settlement documents.  Further, plaintiff Harvey is authorized to pay attorney's fees and reimburse costs as set out in the motion.

For good cause shown, the Court finds that the Amended Motion for Approval of Settlement, Payment of Attorney's Fees and Reimbursement of Costs of plaintiff Gregory Harvey, should be, and it is hereby, granted in its entirety.

IT IS SO ORDERED this __26__ day of April, 2006.

_____
United States District Judge